AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MACK CORNELL HOLSTICK ) | Case No: 3:94CR114-002-TMH |
| ) | USM No: 45026-019 |
| Date of Previous Judgment: 3/15/1996 ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant    the Director of the Bureau of Prisons    the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   DENIED.  X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  360  months **is reduced to**  292  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:  42            Amended Offense Level:  40
Criminal History Category:  I           Criminal History Category:  I
Previous Guideline Range:  360  to  life  months    Amended Guideline Range:  292  to  365  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
   Other (explain):

## III. ADDITIONAL COMMENTS

The Court has considered the factors set forth in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated  3/15/1996  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  6-1-10

Effective Date: _____
(if different from order date)

_Truman Hobbs_
Judge's signature

TRUMAN HOBBS, SENIOR U.S. DISTRICT JUDGE
Printed name and title